IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) PEDRO FELICIANO-ECHEVARRIA**<br>2) MELVIN RIVERA-ARROYO<br>Defendants | CRIMINAL 06-0173CCC |

# O R D E R

Having considered the Report and Recommendation filed under seal on May 8, 2007 **(docket entry 108)** on a Rule 11 proceeding of co-defendant Pedro Feliciano-Echevarria held before Magistrate Judge Camille Velez-Rive on May 7, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Pedro Feliciano-Echevarria is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 7, 2007. **The sentencing hearing is set for August 7, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on May 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge